UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN THE MATTER OF:           )
                            )
Tiffany Ann Davis           )   CASE NO: 14 - 23156 - kl
                            )   CHAPTER 13 BANKRUPTCY

**DEBTOR'S OBJECTION TO MOTION FOR RELIEF FROM STAY AND ABANDON PERSONAL PROPERTY**

Comes now the debtor, Tiffany Ann Davis, by counsel, Drew C. Rhed, Esq., and objects to the Motion for Relief from Stay filed by First Investors Servicing Corp., and, alleges and says as follows:

1. That there may be equity in the personal property in question. Debtor has valued the property for less than what is owed but relies solely upon her own investigation;

2. That the debtor has filed this bankruptcy in part in effort to save the personal property in question, specifically the 2012 Nissan Maxima, and her Chapter 13 Plan provides for payment of the claim in full;

3. That the debtor has asked for and received a motion to extend the automatic stay as it relates to all property of the Estate; and,

4. The debtor believes that it would be in everyone's best interest to allow the Automatic Stay to remain in effect.

Wherefore, the debtor requests this Objection be set for hearing and for all other relief that is just in the premises.

DATED: October 29, 2014

/s/Drew C. Rhed, Esq.
Drew C. Rhed, Esq.
101 Beverly Drive, Suite B
Chesterton, IN 46304
219-359-3161 Fax 359-3171
Counsel for Debtor

## CERTIFICATE OF SERVICE

I certify that on the 29th day of October 2014, service of a true and complete copy of the above and foregoing Objection to Motion for Relief from Automatic Stay and Abandon was made upon: see below herein either by electronic mail or by regular mail with first class postage affixed.

/s/Drew C. Rhed, Esq.

Chapter 13 Trustee
Paul R. Chael
401 West 84th Drive, Suite B
Merrillville, IN 46410
ecf@pchael13.com

Brooks J. Grainger, Esq.
P. O. Box 6200
South Bend, IN 46660-6200

United States Trustee, Region 10
One Michiana Square Ste 555
100 E. Wayne Street
South Bend, IN 46601
USTPRRegion10.SO.ECF@usdoj.gov

Tiffany A. Davis
5705 Pointe Drive, Apt 3
Hammond, IN 46320